1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MORRIS C. ANDERSON,                          No.  2:20-cv-01504 CKD

12                    Plaintiff,

13          v.                                      ORDER

14    ANDREW M. SAUL,
      Commissioner of Social Security,
15
                      Defendant.
16

17

18          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis.

19    Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to

20    prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

21    pauperis will be granted.  28 U.S.C. § 1915(a).

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted.

24          2.  The Clerk of the Court is further directed to serve a copy of this order on the United

25    States Marshal.

26          3.  Within fourteen days from the date of this order, plaintiff shall submit to the United

27    States Marshal a completed summons and copies of the complaint and to file a statement with the

28    court that said documents have been submitted to the United States Marshal.

                                                     1

1        4.  The United States Marshal is directed to serve all process without prepayment of costs

2   not later than sixty days from the date of this order.  Service of process shall be completed by

3   delivering a copy of the summons and complaint to the United States Attorney for the Eastern

4   District of California, and by sending a copy of the summons and complaint by registered or

5   certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u> Fed. R. Civ.

6   P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by

7   registered or certified mail to the Commissioner of Social Security, c/o Office of the General

8   Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA   94105-1545.  <u>See</u> Fed. R.

9   Civ. P. 4(i)(2).

10       5. The parties are hereby notified that, <u>after service of the complaint, this action will be</u>

11  <u>stayed pursuant to General Order Number 615</u>, and there will be no scheduling order or deadlines

12  in effect pending further order of the court.  <u>See</u> E.D. Cal. G.O. No. 615, Paragraphs 6,10.

13       6.  The Clerk is directed to issue the Consent/Decline forms only.  Pursuant to General

14  Order Number 615, no Briefing Schedule shall issue.

15  Dated:  July 29, 2020

16                                                   _____
                                                     CAROLYN K. DELANEY
17                                                   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22  2/anderson1504.ss.ifp_stay

23

24

25

26

27

28